**Dismissed and Memorandum Opinion filed July 13, 2021.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00555-CR

## EX PARTE HENRY EARL ESTER

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1516620**

## MEMORANDUM OPINION

This is an attempted appeal of the trial court's June 27, 2019 denial of pretrial habeas-corpus relief. After filing his application for a writ of habeas corpus on March 29, 2919, appellant entered a plea of true to the State's motion to adjudicate guilt, which the trial court granted and imposed sentence of imprisonment for three years on June 27, 2019.

A habeas-corpus applicant must be illegally restrained to be entitled to relief. *Ex Parte Weise*, 55 S.W.3d 617, 619 (Tex. Crim. App. 2001). When appellant entered a plea of true to the State's motion adjudicating guilt, his habeas-corpus

proceeding was rendered moot. When the premise of a habeas-corpus application is destroyed by subsequent developments, the legal issues raised thereunder are rendered moot. *Saucedo v. State*, 795 S.W.2d 8, 9 (Tex. App.—Houston [14th Dist.] 1990, no writ). On June 16, 2021, this court transmitted notice to all parties of the court's intent to dismiss the appeal for want of jurisdiction. Appellant has not responded.

Accordingly, we dismiss the appeal for want of jurisdiction.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Spain.

Do Not Publish — Tex. R. App. P. 47.2(b).